UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-60284-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE DAVIS,

    Defendant.
                               /

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of supervised release as to Defendant Andre Davis. (ECF No. 52). More specifically, upon referral from District Judge K. Michael Moore, the matter was set for an evidentiary hearing on the violations to determine probable cause for revocation of supervised release. *See* (ECF Nos. 54, 56). In advance of the hearing, however, Defendant filed a Notice of Intent to Admit Supervised Release Violation (the "Notice"), indicating that Defendant intends to "admit the violations alleged in the petition." (ECF No. 59 at 1); *see* (ECF No. 44) (Petition for Summons for Offender Under Supervision). Accordingly, an evidentiary hearing is unwarranted.

Upon consideration of the Petition, Notice, and being otherwise apprised of the circumstances, the undersigned respectfully recommends that the Court set the matter for final hearing and accept Defendant's admission of guilt as to Violation Nos. 1 through 8, as charged in the Petition.

The parties will have **fourteen days** from the date of this Report and Recommendation to

file written objections, if any, for consideration by the District Judge. *See* 28 U.S.C. § 636(b)(1). Failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2023); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *Harrigan v. Metro Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

    RESPECTFULLY SUBMITTED in Chambers in Fort Lauderdale, Florida on March 15, 2024.

                                                         ALICIA O. VALLE
                                                         UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge K. Michael Moore
    All Counsel of Record